IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00159-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. WESLEY CONNER,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that counsel for the Government shall retain custody of its exhibits from the Detention Hearing held May 9, 2013, until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 9th day of May 2013.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Government

_____n/a_____
Attorney for Defendant